IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-07903 SEK |
|---|---|
| **EDDA M MENDOZA DAVILA** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 1st day of November of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. 10-07903-13

MENDOZA DAVILA, EDDA M  Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 11/01/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 250.00 x 60 = $ 15,000.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 15,000.00

Additional Payments:
$ 39,000.00 to be paid as a LUMP SUM within 36 months with proceeds to come from:

☑ Sale of Property identified as follows:

☑ Other:
FROM REVERSE MORTGAGE

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 54,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,726.00

Signed: /s/ EDDA M MENDOZA DAVILA
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___
5. ☐ Other: ___
6. ☐ Debtor otherwise maintains regular payments directly to:
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
   ☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PAY 100% PLUS 6% INTEREST PER ANNUM TO GENERAL UNSECURED CREDITORS.

Attorney for Debtor Jose Prieto  Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | ANDRES LABOY | | |

```
Label Matrix for local noticing          GE MONEY BANK (JCPENNEY CREDIT SERVICES)    US Bankruptcy Court District of P.R.
0104-3                                   C/O RECOVERY MANAGEMENT SYSTEMS CORP        U.S. Post Office and Courthouse Building
Case 10-07903-SEK13                      25 SE 2ND AVE, SUITE 1120                   300 Recinto Sur Street, Room 109
District of Puerto Rico                  MIAMI, FL 33131-1605                        San Juan, PR 00901-1964
Old San Juan
Thu Oct 14 12:53:04 AST 2010

 CitiFinancial, Inc                      AMERICAN EXPRESS                            ANDRES LABOY
PO Box 70919                             P O BOX 360001                              34- 13 CALLE 25
Charlotte, NC 28272-0919                 FORT LAUDERDALE, FL 33336-0001              URB SANTA ROSA
                                                                                     BAYAMON, PR 00959-6539


CARIBE FEDERAL                           CITIFINANCIAL                               FIRST BANK OF PR
P O BOX 33017                            P O BOX 9300                                FIA CARD SERVICES
SAN JUAN, PR 00933-3017                  SAN JUAN, PR 00908-0300                     P O BOX 15026
                                                                                     WILMINGTON, DE  19850-5026


FIRST BANK OF PR                         FIRSTBANK OF PUERTO RICO                    Fia Card Services, NA As Successor In Intere
P O BOX 19327                            BANKRUPTCY DIVISION                         Bank of America NA and Mbna America Bank
SAN JUAN, PR 00910-1327                  P.O. BOX 9146                               1000 Samoset Drive
                                         SAN JUAN, P.R.  00908-0146                  DE5-023-03-03
                                                                                     Newark, DE 19713-6000


NATIONAL COLLEGE                         SCOTIABANK                                  SEARS
1000  CARR 506                           P O BOX 362394                              P O BOX 6241
COTTO LAUREL, PR 00780-2935              SAN JUAN, PR 00936-2394                     SIOUX FALLS, SD 57117-6241



ALEJANDRO OLIVERAS RIVERA                EDDA M MENDOZA  DAVILA                      JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS      URB SANTA ROSA                              JPC LAW OFFICE
PO BOX 9024062                           34 13 CALLE 25                              PO BOX 363565
SAN JUAN, PR 00902-4062                  BAYAMON, PR 00959-6539                      SAN JUAN, PR 00936-3565



MONSITA LECAROZ ARRIBAS                  End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           Mailable recipients     18
OCHOA BUILDING                           Bypassed recipients      0
500 TANCA STREET  SUITE 301              Total                   18
SAN JUAN, PR 00901-1938
```